Christopher S. Morris, Esq.,
Admitted Pro Hac Vice
California SBN 163188
cmorris@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:  (619) 826-8065

Attorney for Defendant Vladimir Bellon

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>FRANCOIS STANISLAS BELLON,<br><br>     Debtor, | Case No. 20-33214 (MI)<br>(Chapter 7) |
| EVA S. ENGELHART<br>CHAPTER 7 TRUSTEE,<br><br>     Plaintiff,<br><br>VS.<br><br>VLADIMIR BELLON,<br><br>     Defendant. | Adv. Pro. No. 21-ap-3018<br><br>NOTICE OF APPEAL |

1

Notice is hereby given that Defendant Vladimir Bellon in the above named adversary proceeding hereby appeals the default judgment entered August 4, 2021, and attached hereto as Exhibit 1.

Respectfully submitted,

**MORRIS LAW FIRM, APC**

Dated: August 16, 2021

_____
Christopher S. Morris, Esq.
cmorris@morrislawfirmapc.com
Attorney for Defendant Vladimir Bellon

# EXHIBIT 1

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 04, 2021
Nathan Ochsner, Clerk

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FRANCOIS STANISLAS BELLON, | § | Case No. 20-33214 (MI) |
| | § | (Chapter 7) |
| | § | |
| Debtor. | § | |
| | § | |
| EVA S. ENGELHART, | § | |
| CHAPTER 7 TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Adv. Pro. No. 21-ap-3018 |
| | § | |
| VLADIMIR BELLON, | § | |
| | § | |
| Defendant. | § | |

### DEFAULT JUDGMENT
### [Ref. Doc. No. 18]

CAME ON THIS DAY the Trustee's Motion for Default Judgment, and the Court finding that the defendant is in default, it is now:

ORDERED, that the transfers of 350,000 shares of stock in a company named SODEXO from the Debtor Francois Stanislas Bellon to Vladimir Bellon is hereby avoided, and the shares are hereby property of the Chapter 7 Bankruptcy Estate of Francois Stanislas Bellon.

This is a final judgment.

Signed: August 04, 2021

_____
Marvin Isgur
United States Bankruptcy Judge